NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANDRES RODRIGUEZ-AGUILAR,                    )
                                             )
            Appellant,                       )
                                             )
v.                                           )          Case No.  2D19-2516
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
                                             )
_____)

Opinion filed September 30, 2020.

Appeal from the Circuit Court for
Hillsborough County; Mark D. Kiser,
Judge.

Andres Rodriguez-Aguilar, pro se.

Ashley Moody, Attorney General,
Tallahassee, and C. Suzanne Bechard,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


MORRIS, LUCAS, and ATKINSON, JJ., Concur.